# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL ANTHONY MORENO, JR.,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 75104

FILED

MAR 06 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a second amended judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the second amended judgment of conviction on August 4, 2017. Appellant did not file the notice of appeal, however, until February 8, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Pickering _____, J.
      Pickering

_____ Gibbons _____, J.
      Gibbons

_____ Hardesty _____, J.
      Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-08854

cc: Hon. Michelle Leavitt, District Judge
Daniel Anthony Moreno, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk